UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TESFAY RUSSOM TESFABRUK, | CASE NO. C17-0479-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOHN F. KELLY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 7). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 8th day of June 2017.

    William M. McCool
    Clerk of Court

    s/Paula McNabb
    Deputy Clerk